WM. TEAGUE v. THE STATE.

No. 3713.   Decided May 13, 1908.

**Local Option—Notice of Appeal.**

Article 883 Code Criminal Procedure requires that notice of appeal must be given and entered in the minutes of the trial court in order to perfect the appeal. And unless notice of appeal is given and entered in the court below, this court has no jurisdiction.

Appeal from the County Court of McCulloch.   Tried below before the Hon. C. A. Wright.

Appeal from a conviction of a violation of the local option law; penalty, a fine of $25 and twenty days confinement in the county jail.

The opinion states the case.

*R. L. H. Williams,* for appellant.

*F. J. McCord,* Assistant Attorney-General and *Jno E. Brown,* county attorney, for the State.

BROOKS, JUDGE.—This conviction was for violating the local option law, the punishment assessed being a fine of $25 and twenty days imprisonment in the county jail.

The record fails to show that notice of appeal was made or entered in the minutes of the court below.   This is a prerequisite to an appeal to this court.   See article 883 of the Code of Criminal Procedure.

There being no notice of appeal in the lower court, the appeal to this court is dismissed.

*Dismissed.*